United States District Court
Southern District of Texas
**ENTERED**
May 07, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § § § | |
| Plaintiff. | § § | |
| V. | § § | 3:24-cv-00229 |
| BEACH BUMS BAR LLC, *et al.*, | § § § | |
| Defendants. | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On April 10, 2025, the court referred the plaintiff's motion for default judgment, Dkt. 14, to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 19. Judge Edison filed a memorandum and recommendation on April 21, 2025, recommending that the motion be granted. Dkt. 21.

The parties did not file objections to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 21, is approved and adopted in its entirety as the holding of the court;

(2) the plaintiff's motion for default judgment, Dkt. 14, is granted;

(3) the court will enter judgment in favor of the plaintiff and against the defendants; and

(4) The court will award to the plaintiff:

- statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from the defendants, jointly and severally, in the amount of $5,250.00;

- additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from the defendants, jointly and severally, in the amount of $26,250.00;

- reasonable attorney's fees from the defendants, jointly and severally, in the amount of $2,600.00;

- costs from the defendants, jointly and severally, in the amount of $940.00;

- and post-judgment interest from the defendants, jointly and severally, at a rate of 3.92 percent per annum,[*] on the amounts awarded from the date of final judgment until paid.

SIGNED on Galveston Island this 7th day of May, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

---

[*] The applicable interest rate is "the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961(a).